No. 74–1271. H & R BLOCK, INC. *v.* HAVENFIELD CORP. C. A. 8th Cir. Certiorari denied. ▮

No. 74–1272. LOCAL 542, INTERNATIONAL UNION OF OPERATING ENGINEERS *v.* HIGGINBOTHAM, U. S. DISTRICT JUDGE. C. A. 3d Cir. Certiorari denied.

No. 74–6072. JACKSON *v.* ILLINOIS. App. Ct. Ill., 1st Dist. Certiorari denied.

No. 74–6108. MOORE ET AL. *v.* UNITED STATES; and
No. 74–6238. GEELAN *v.* UNITED STATES. C. A. 8th Cir. Certiorari denied. ▮

No. 74–6121. SAUNDERS ET AL. *v.* FOLTZ, DEPUTY WARDEN, ET AL. C. A. 6th Cir. Certiorari denied.

No. 73–1768. DUFF *v.* FAIN. C. A. 5th Cir. Motion of respondent for leave to proceed *in forma pauperis* granted. Certiorari denied. ▮

No. 74–750. DAVIS, CORRECTIONS DIRECTOR, ET AL. *v.* LEWIS. C. A. 4th Cir. Motion of respondent for leave to proceed *in forma pauperis* granted. Certiorari denied.

No. 74–954. SHARP, JUDGE, ET AL. *v.* COBELL ET AL. C. A. 9th Cir. Certiorari denied. ▮

No. 74–1020. ALLSTATE MORTGAGE CORP. ET AL. *v.* UNITED STATES. C. A. 7th Cir. Certiorari denied. ▮

No. 74–1039. ZYCHINSKI ET AL. *v.* COMMISSIONER OF INTERNAL REVENUE. C. A. 8th Cir. Certiorari denied.